**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Maria C. Kieffer<br><br>            Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-16288 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Pennsylvania Housing Finance Agency as Servicer for U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and index same on the master mailing list.

     Respectfully submitted,

     **/s/ Matteo S. Weiner, Esquire**
     Matteo S. Weiner, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322 FAX (215) 627-7734