IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Maria C. Kieffer | : | No. 17-16288-AMC |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Court Order dated November 20, 2018 was served upon all creditors and interested parties via first class mail on November 21, 2018.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

11/21/18