United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16288-amc
Maria C Kieffer                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia          Page 1 of 2            Date Rcvd: Nov 20, 2018
                               Form ID: pdf900         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db           +Maria C Kieffer,    5444 Erdrick Street,   Philadelphia, PA 19124-1407
13983644     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,   DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner,   Attn: Bankruptcy,    21210 Erwin St,
              Woodland Hills, CA 91367)
13983646     +City of Philadelphia,    Bureau of Administrative Adjudication,    913 Filbert Street,
              Philadelphia, PA 19107-3117
13983654      Fst Premier,    601 S Minneapolis Ave,   Sioux Falls, SD 57104
13983656     +KML Law Group, P.C.,    701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13983657     +Mid America Bank & T,    121 Continental Dr Ste 1,   Newark, DE 19713-4325
14001095     +Nelnet on behalf of NJHESAA,    NEW JERSEY HIGHER ED STUDENT ASST AUTH,
              4 QUAKERBRIDGE PLAZA PO BOX 548,   TRENTON, NJ 08625-0548
13983665     +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
              Philadelphia, PA 19122-2806
13983666     +Philadelphia Traffic Court,    P.O. Box 12866,   Philadelphia, PA 19176-0866
13983667     +U.S. Bank National Association,    211 Front Street,   PO Box 15057,   Harrisburg, PA 17105-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Nov 21 2018 02:46:06    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2018 02:45:50
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2018 02:46:04    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13983648      E-mail/Text: megan.harper@phila.gov Nov 21 2018 02:46:06    City of Philadelphia - Law Dept.,
              One Parkway Bldg.,    1515 Arch Street, 14th Fl.,   Philadelphia, PA 19107
13983647      E-mail/Text: megan.harper@phila.gov Nov 21 2018 02:46:07    City of Philadelphia,
              Dept. of Revenue - Water Revenue Bureau,    1401 John F. Kennedy Blvd.,
              Philadelphia, PA 19102
14062009      E-mail/Text: megan.harper@phila.gov Nov 21 2018 02:46:07    City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
13983645      E-mail/Text: bankruptcy@cavps.com Nov 21 2018 02:46:02    Cavalry SPV I, LLC,
              500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2321
13983649      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 21 2018 02:45:47    Comenity Capital/mprc,
              Attn: Bankruptcy,    Po Box 18215,   Columbus, OH 43218
13983650     +E-mail/Text: bankruptcy@consumerportfolio.com Nov 21 2018 02:46:01    Consumer Portfolio Svc,
              Po Box 57071,    Irvine, CA 92619-7071
13983651     +E-mail/PDF: pa_dc_ed@navient.com Nov 21 2018 02:49:54    Dept Of Ed/Navient,
              Attn: Claims Dept,    P.O. Box 9635,   Wilkes Barr, PA 18773-9635
13983653     +E-mail/Text: bnc-bluestem@quantum3group.com Nov 21 2018 02:46:15    Fingerhut,
              6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
14030553      E-mail/PDF: pa_dc_claims@navient.com Nov 21 2018 02:49:39    NAVIENT,
              C/O Navient Solutions, LLC.,    PO BOX 9640,   Wilkes-Barre, PA 18773-9640
14025820     +E-mail/Text: ecfbankruptcy@progleasing.com Nov 21 2018 02:46:01    NPRTO North-East, LLC,
              256 West Data Dr,    Draper, UT 84020-2315
13983658     +E-mail/PDF: pa_dc_claims@navient.com Nov 21 2018 02:49:41    Navient,   Attn: Claims Dept,
              Po Box 9500,    Wilkes-Barr, PA 18773-9500
14029492      E-mail/PDF: pa_dc_claims@navient.com Nov 21 2018 02:49:28
              Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,   PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
13983659     +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 21 2018 02:46:19    Navy Federal Cr Union,
              Attn: Bankruptcy,    Po Box 3000,   Merrifield, VA 22119-3000
13983660     +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 21 2018 02:46:19    Navy Federal Cr Union,
              Po Box 3700,    Merrifield, VA 22119-3700
13983661     +E-mail/Text: electronickbydocs@nelnet.net Nov 21 2018 02:46:00    Nelnet,
              Nelnet Claims/Bankruptcy,    Po Box 82505,   Lincoln, NE 68501-2505
14046256      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2018 03:00:44
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13983664     +E-mail/Text: blegal@phfa.org Nov 21 2018 02:45:59    Pa Housing Finance Age,   Po Box 8029,
              Harrisburg, PA 17105-8029
13998370      E-mail/Text: bankruptcy@philapark.org Nov 21 2018 02:46:16    Philadelphia Parking Authority,
              701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
14015936     +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 21 2018 02:46:02    Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14044991      E-mail/Text: bnc-quantum@quantum3group.com Nov 21 2018 02:45:47
              Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
              Kirkland, WA  98083-0788
13987812      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2018 02:49:30    T Mobile/T-Mobile USA Inc,
              by American InfoSource LP as agent,    PO Box 248848,   Oklahoma City, OK  73124-8848
14048514     +E-mail/Text: blegal@phfa.org Nov 21 2018 02:45:59    U.S. Bank National Association,
              c/o Pennsylvania Housing Finance Agency,    211 North Front Street,   Harrisburg, PA 17101-1406

```
District/off: 0313-2          User: Virginia          Page 2 of 2          Date Rcvd: Nov 20, 2018
                             Form ID: pdf900          Total Noticed: 38
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13983668       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 21 2018 02:45:40
                Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
14021802        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2018 02:49:43      Verizon,
                by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
13983669        E-mail/Text: megan.harper@phila.gov Nov 21 2018 02:46:07     Water Revenue Bureau,
                1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                             TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13983652*      +Dept Of Ed/Navient,   Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
13983655*       Fst Premier,   601 S Minneapolis Ave,   Sioux Falls, SD 57104
13983662*      +Nelnet,   Nelnet Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
13983663*      +Nelnet,   Nelnet Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
                                                                  TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              DAVID M. OFFEN   on behalf of Debtor Maria C Kieffer dmo160west@gmail.com,
              davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
              ecfemails@ph13trustee.com
              KEVIN G. MCDONALD   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
              PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
              PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
              PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                  TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        Chapter 13
                                :
    Maria C. Kieffer            :           No. 17-16288-AMC

**ORDER**

Upon consideration of the Application for Compensation and

Reimbursement of Expenses for David M. Offen, Esquire, counsel

for Debtor (the "Application"), and upon Counsel for Debtor

request to retain jurisdiction at the Motion to Dismiss hearing

on November 20, 2018, IT IS ORDERED THAT:

1.   The case is dismissed.

2.   Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre
     confirmation Chapter 13 Plan payments held by the
     Chapter 13 Trustee shall not revest in the Debtor or
     any other entity pending further order of this court.

3.   A hearing shall be held on *December 11*, 2018 at
     *11:00 AM* in Bankruptcy Courtroom No. 4, United
     States Court House, 900 Market Street, Philadelphia, PA
     to consider the Application.

4.   Any other party who assets an entitlement to the
     allowance of an administrative expense pursuant to 11
     U.S.C. 503(b) shall file its request with the court and
     serve all creditors in accordance with the applicable
     rules of court no later than five (5) days before the
     hearing date set forth in Paragraph 3 above.

5.   Counsel for Debtor shall serve a copy of this Order on
     all creditors and interested parties and file
     Certification of Service on or before *November 26, 2018.*

*11/20/2018*                    _____
                                HONORABLE ASHELY M. CHAN
                                UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee

    David M. Offen, Esquire

    Maria C. Kieffer