US Bankruptcy Court

900 Market Street

Suite 400

Philadelphia, PA 19107

---

~~February 28th, 2023~~

RE: Reported Bankruptcy

Date Filed: 09/14/2017

Reference#:1716288

Closing Date: 2019

MAR -6 2023

To whom it may concern,

   I am exercising my right under the Fair Credit Reporting Act, Section 609, to request information regarding public record from your court appearing on my consumer credit report. I have disputed the item with the credit bureaus Experian, Equifax and Transunion- all of which confirmed the record was verified.

 Please provide the procedure in which you report information specifically as it pertains to Experian, Equifax, or Transunion if they request it. I am not asking for information regarding PACER or LexisNexis, simply I am asking for information pertaining to the credit bureaus themselves.

Please provide this information in writing as soon as possible as it has been holding me back to living life and meeting my personal goals. Thank you for your time and consideration and I look forward to receiving the information request soon.


Thanks!

Maria Kieffer

5820 Hegerman St

1st Floor

Philadelphia, PA 19135

SS#######2413